UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD T. MORALES          :
    Plaintiff            :
                         :
vs.                          :  CIVIL NO. 1:CV-11-0692
                         :
JEFFREY A. BEARD, et al.,    :
    Defendants           :
                         :

*O R D E R*

AND NOW, this 19th day of July, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Blewitt, to which no objects have been filed, it is ORDERED as follows:

    1. Plaintiff's complaint against all defendants, except Paul, Putnam and Zackarackus is dismissed with prejudice.

    2. This case is remanded to Magistrate Judge Blewitt for further proceedings on plaintiff's claims against defendants Paul, Putnam and Zackarackus.

                              /s/William W. Caldwell
                              William W. Caldwell
                              United States District Judge