UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD T. MORALES,
    Plaintiff

v.

CHRIS PUTNAM et al.,
    Defendants

CIVIL NO. 1:11-CV-0692

## ORDER

AND NOW, this 11th day of July, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 46), filed June 7, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 46) is adopted.

2. Defendants' motion for summary judgment (Doc. 26) is GRANTED. The Clerk of Court shall enter judgment in favor of defendants and against Plaintiff.

3. The Clerk of Court shall close this file.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge

FILED
JUL 11 2012
PER _____ DEPUTY CLERK
HARRISBURG, PA